# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

FILED
2011 NOV 16 P 4: 26
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

__Akov Ortiz__
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

__LEO C. ARNONE IN HIS OFFICIAL CAPACITY AS Commissioner OF CONN. DEPARTMENT OF CORRECTION AND IN HIS INDIVIDUAL CAPACITY__

Case No. __3:11 CV 1793 (SRU)__
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. __Akov Ortiz__ is a citizen of __Connecticut__ who
   (Plaintiff)                                (State)
presently resides at __Garner C.I. 50 Nunnawauk Rd. Newtown, CT 06470__
(mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: __262585__.

2. Defendant __Leo C. Arnone__ is a citizen of __Connecticut__.
   (name of first defendant)                        (State)

whose address is __D.O.C. CONN. 24 Wolcott Hill Rd. Weathersfield, CT 06109__

and who is employed as <u>Commissioner of Corrections, CONN.</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:
<u>As Commissioner of Department of Corrections Connecticut</u>

---

3. Defendant _____ is a citizen of _____
(name of second defendant)                                    (State)

whose address is _____

and who is employed as _____
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No. If your answer is "Yes," briefly explain:

---

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    ✓ 42 U.S.C. § 1983 (applies to state prisoners)

    ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

BRIEFLY state the background of your case. Commissioner Arnone has implemented a ban on any printed material containning nudity or sexual activity. This case is about Not allowing this ban to be implemented because it is unreasonable.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: By Mr. Arnone's implementation of this ban it is a clear violation of my 1ST amendment rights to free speech along with the publication company's I patrin & photo's I own of woman.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On July 8, 2011 Newly appointed Commissioner Arnone placed a ban on any printed material with dipictions of nudity or sexual activity. Mr. Arnone's implementation of this ban is under the umbrela of Safty & Security along with rehabilitation without just cause. The 3 previous D.O.C. Commissioners never saught such a ban, this alone states Mr. Arnone is inacting this ban for personal reasons. There have been rules in place for 20 years to protect staff under directives 6.10 & 10.7, their have been NO sistemic issues with material of this kind, and rehabilitation is done threw programing not threw a blanket ban, when a minority of the prison population are in need of such rehabilitation, I not being a sex offender am not in need. Magazine Companies have a right to sell me there products, like Playboy & Penthouse which have more literary value than nudity or sexual activity for all reasons stated this ban shouldn't be implemented or apply to me.

3

Claim II: _____

_____

_____

Supporting Facts:

Claim III: _____

_____

_____

Supporting Facts:

# E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? \_\_\_\_Yes  ✓ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   _____

   d. Issues raised: _____
   _____

   e. Approximate date of filing lawsuit: _____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. \_\_\_\_Yes ✓ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies. ✓ Yes ___ No.
If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
If your answer is "No," briefly explain why administrative remedies were not exhausted.

Enclosed, I filed request and a line 1 Grievance, upon filing line 2 Grievance No response was given. Request confirming this also enclosed. All remedies have been exhausted, I followed all derective 9.6 guidelines. Waited 30 business days on line 2 grievance after line 1 was denied with No response where upon this action is being filed.

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

If you are not incarcerated, go to section G.

a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

b. Name and location of court and docket number _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit:_____

e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? ___ Yes ✓ No.
If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief: Costs of Case, and that Mr. Arnone's ban not be allowed to be implemented.

## H. JURY DEMAND

Do you wish to have a jury trial? Yes ____ No ✓

_____Akov Ortiz_____
Original signature of attorney (if any)

_____Akor Ortiz_____
Plaintiff's Original Signature

Garner C.I.
50 Nunnawauks Rd.
Newtown, CT 06470
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Garner C.I., Newtown___ on ___11-14-11___.
                       (location)                                       (date)

_____Akor Ortiz_____
Plaintiff's Original Signature

7

# NOTICE TO
# INMATE POPULATION
## July 8, 2011

Effective June 30, 2012 the Connecticut Department of Correction will ban and consider as contraband, any printed material that contains a pictorial depiction of sexual activity or nudity, except where those materials, when taken as a whole are literary, artistic, educational or scientific in nature.

You are being given one year to dispose of, or send home, any such materials in your possession. This time period will also allow any magazine subscriptions to expire. New subscriptions for such material will not be allowed.

This step is being taken based on the safety and security needs of our agency, the detrimental effects to rehabilitation that these materials present, and the hostile working environment that they create for the staff of our Department.

You are reminded in the interim that per Administrative Directive 6.10, Inmate Property, such materials may not be displayed anywhere in a correctional facility. Also, such materials must be in compliance with Administrative Directive 10.7, Inmate Communications, or they will be confiscated as contraband.

_____
Leo C. Arnone, Commissioner

# Administrative Remedy Receipt
## Connecticut Department of Correction

CN 9603
REV 1/1/08

| Facility number: | 136 | Receipt number: | 12059 |
|---|---|---|---|
| Inmate name: | Ortiz, Akov C2 | Inmate number: | 262585 |

The Admin Remedies Coordinator has received your: [X] Grievance  [ ] Appeal  [ ] Property Investigation
and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

Administrative Remedies Coordinator: CC Calderon        Date: 9/2/11

Distribution: original (white) to inmate, copy (yellow) to file

10/25/11



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Alsov Ortiz  
Inmate number: 262585  
Facility/Unit: Garner  
Housing unit: A-117  
Date: 11-10-11  
Submitted to: Counselor Calderon  

Request: I filed a line 2 Grievance #12059 on September 9, 2011. My request is to confirm that its been 30 business days since filing request without a response. Thank You.

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):  
Title:  
Action taken and/or response: It has been 30 business days upon Receipt of the level two Grievance. 136-12059

continue on back if necessary

Staff signature: CC Calderon  
Date: 11/10/11



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 1/31/09

Facility/Unit: Garner    Date: 8-3-11

Inmate name: Akov Ortiz    Inmate number: 262585

### SECTION 1 — SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

- **A.** ☒ **I am filing a Grievance.**
  Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.    > Refer to Section 2 below

- **B.** ☐ **I am requesting a Health Services Review:** ☐ Diagnosis/Treatment   ☐ All Other Health Care Issues    > Complete Section 4 >>>>

- **C.** ☐ **I am filing an Appeal of a (select one below):**
  Appeals must be filed within 15 days of notification of a decision.
  - ☐ Disciplinary Action    > Complete Section 3 below
  - ☐ Special Management Decision  ☐ Classification Decision
  - ☐ Media Review Committee Decision  ☐ Furlough Decision
  - ☐ Security Risk Group Designation  ☐ ADA Decision    > Complete Section 4 >>>>
  - ☐ Determination of Grievance Process Abuse  ☐ Rejection of Outside Tapes/CDs

### SECTION 2 — OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3 — DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

Did you have an advocate?   ☐ yes   ☐ no    If yes, name of advocate:

Did you identify witness(es) to the investigator?   ☐ yes   ☐ no    Did your witness(es) testify?   ☐ yes   ☐ no

Name(s) of any witness(es):

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Akor Ortiz | |
|---|---|---|
| | Inmate number: 262585 | Housing: A-117 |

**SECTION 4** — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. I am filing this Grievance on the new publication regulations being implemented by Commissioner Arnone on 7-8-11. The 2 reasons stated on said Memo is Safety & Security along with rehabilitation. I wish to argue both points. 1ST Safety & Security, the regulations inplace for the past 20 years are more than sufficient. With this new policy Mr. Arnone is stating he has No confidence, his staff to do their jobs! If an I/M displays photo's or pages of magazine or others magazines they become instant contraband subject to D.r.'s & confiscation. So clearly rules already inplace are more than sufficient! 2nd rehabilitation, for this case Mr. Arnone should make his policy for Sex offenders which can easily be enforced because an I/M must file a special request to order photo's or publications threw unit counselors, where a do not sell list can be made & enforced also for mental health units & Northern could be part of such a list. By not allowing publications like playboy, penthouse, or biker along with photo's Mr. Arnone is violating my 1ST & 4th amendment rights & federal Law supports my claim

For these reasons I'm filing this Grievance asking Mr. Arnone reconsider or modify his new policy.

Inmate signature: Akor Ortiz    Date: 8-3-11

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box**.

**SECTION 5** — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

Disposition:            Date of Disposition:

Reason:

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:            Date:

# Inmate Request Form
## Connecticut Department of Correction



CN 9601
REV 1/31/09

07-20-11AUG 36 RCVD

Inmate name: Akav Ortiz
Inmate number: 262585
Facility/Unit: Garner
Housing unit: A-117
Date: 7-11-11
Submitted to: Warden Semple

Request: I respectfully am writing this request concerning the new publications ban going in effect June 2012 because I'm gonna file an F/M remedy on this issue. I agree and am in complience with the corrent guidelines and don't understand how rules that are more than sufficient, have been in place more than a decade need to be harden without cause or reason. This in not D.C.Y.F. this is jail.

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):
Title:
Action taken and/or response:

Wednesday, July 20, 2011— Unit Manager Stowell
Please handle and Copy Warden's Office. Thanx *M

This decision was made by the Commissioner and applies to every facility in the state. The Warden ~~was~~ is only enforcing this policy of DOC.

continue on back if necessary

Staff signature: CS Stowell
Date: 7/25/11